JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SMITH, an individual;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COCA-COLA BOTTLING COMPANY UNITED, INC. an Alabama corporation; and DOES 1 – 50, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT AND CROSS-COMPLAINT. | Case No. CV 21-04966-SPG (JEMx)<br><br>ORDER FOR DISMISSAL OF ACTION |

　　　Pursuant to the Stipulation for Dismissal filed by the Parties in this matter, IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), this case is dismissed, with prejudice, in its entirety. All Parties to bear their own attorneys' fees and costs of suit.

DATED:  March 3, 2023

　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE